**Prepared By:**
**Michael Jones, CA Bar No. 271574**
**M. Jones & Associates, PC**
**505 North Tustin Ave, Suite 105**
**Santa Ana, CA 92705**
**Telephone: (714) 795-2346**
**Facsimile:    (888) 341-5213**
**Email:  mike@MJonesOC.com**

FILED & ENTERED

JUN 20 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| ALBERT TORRES, JR.,<br><br>and<br><br>KATHERINE LEA TORRES,<br><br>      Debtor(s). | **In Chapter 7 Proceedings**<br><br>**Case No. 8:16-bk-12250-MW**<br><br>**ORDER TO SHOW CAUSE WHY MICHAEL ROENNAU SHOULD NOT BE HELD IN CONTEMPT OF THE DISCHARGE INJUNCTION**<br><br><u>**HEARING**</u><br><br>DATE: August 28, 2017<br><br>TIME:  2:00 p.m.<br><br>PLACE: Courtroom 6C<br>       United States Bankruptcy Court<br>       411 W Fourth Street, Santa Ana, CA 92701 |

**TO: MICHAEL ROENNAU**

ALBERT TORRES, JR., AND KATHERINE LEA TORRES, debtors in the above captioned Chapter 7 bankruptcy proceeding, has filed a MOTION FOR SANCTIONS AND DAMAGES ARISING FROM DISCHARGE VIOLATIONS, on the docket as item number 26

---

ORDER TO SHOW CAUSE WHY PUBLIC MOTORS ORANGE COUNTY, LLC, SHOULD NOT BE HELD IN
CONTEMPT OF THE DISCHARGE INJUNCTION
Page - 1

in the above captioned case ("the motion"), seeking damages against Michael Roennau ("Roennau").

The Court has considered the motion, and finds that there is evidence to believe that contemptuous conduct has been committed by Roennau, specifically by having a process server deliver to the Joint Debtor, Katherine Lea Torres, a lawsuit that directly claims to be seeking to recover from her on a debt obligation that was known by Roennau to have been discharged in the above captioned case through an alter ego theory of liability.  This resulted in the Debtors incurring legal expenses to address the allegations brought in the offending suit, resulted in significant injury and medical expense to the Debtors and their family, and further expense in seeking relief from this court to address the violation of the discharge injunction.  A copy of the lawsuit and pleadings served is attached to the motion.

On 28 May 2016, the Debtors filed the above captioned proceeding under Chapter 7 of Title 11 of the United States Code (hereinafter "the bankruptcy case") by filing a voluntary petition for relief.  The Debtors scheduled a debt owed to Roennau in an unknown described as a "Disputed claim for business related debts."  It is this debt that the lawsuit delivered to the Joint Debtor claims she is personally liable for under an "alter ego" basis of liability.

Pursuant to 11 U.S.C. Sec. 524(a)(2), the discharge granted to the Debtor on 19 September 2016 operated as an injunction against any action seeking to collect on the debt owed to Roennau.  The service of the suit served on the Joint Debtor on 9 March 2017 appears to violation this injunction.

Debtors allege through their motion that they have suffered direct and actual damages because of the alleged violation of the discharge injunction in an amount not less than

$1,743,500.00, and additional legal fees of not less than $14,850.00. They seek the recovery of these damages from Roennau.

**ACCORDINGLY, IT IS ORDERED:**

1. That Roennau must show cause by filing a written explanation, if there is an explaination, why he should not be held in contempt of the discharge injuction and by appearing at the hearing so scheduled and indicated above; and

2. That Roennau must file a written explaination with the Court, and serve a copy of it upon Debtor's counsel, no later than August 4, 2017; and

3. That the Debtors must serve Roennau with a copy of this Order **not later than June 30, 2017** and

4. That if Roennau fails to appear as directed or to show cause, he will be held in contempt of this Court and appropriate sanctions will be imposed, including, but not limited to, the awarding of damages in the amount of $1,743,500.00 and legal fees in the amount of $14,850.

###

Date: June 20, 2017

Mark S. Wallace
United States Bankruptcy Judge